UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Nikki Miskovich, Robert Zuehlke, Jr.,

Plaintiffs,

vs. ORDER

Independent School District 318, County of Itasca, County of St. Louis, City of Grand Rapids,

Defendants. Civ. No. 00-1944 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

To: John Drake Undem, Saturi & Undem, 521 Pokegama Ave N., Box 428, Grand Rapids, MN 55744.

At Duluth, in the District of Minnesota, this 13th day of September, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since this action was removed from the Itasca County District Court, and that no appearance has been entered by the Defendant Independent School District 318, or the Defendant County of Itasca.

SEP 15 2000
... DOSAL, CLERK
...D
... CLERK

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiff is directed to:

1. Notify the Defendants immediately they are required to serve and file their Answers or some other responsive pleadings, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleading is filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiff's counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE