UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Nikki Miskovich and
Robert Zuehlke, Jr.,

Plaintiffs,

vs.

Independent School District
318, Itasca County, Minnesota,
St. Louis County, Minnesota,
and City of Grand Rapids,
Minnesota,

Defendants. Civ. No. 00-1944 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 19th day of January, 2001.

* * *

On January 18, 2001, the Court heard argument on the Plaintiffs' Motion to Amend the Complaint. For these purposes, the Plaintiffs appeared by John D. Undem, Esq., the Defendant Independent School District 318 appeared by Michael Thomas Feichtinger, Esq., and the Defendant County of St. Louis appeared by Shaun R. Floerke, Esq. We grant the Motion to Amend in part.

By this Motion, the Plaintiffs seek leave amend their Complaint as follows: (1) to add, as individual Defendants, St. Louis

JAN 19 2001

County employees Tim Peterson, Joseph Zebro, Bernard Mettler, Michael Scott, Ron Hohman, Jerry Cuffe, Jason Ackerson, and Randy Lehman;[1] (2) to add the Myles Reif Performing Arts Center, which is a non-profit Minnesota Corporation, and David Marty, individually, and as director of the Myles Reif Performing Arts Center, as Defendants; (3) to clarify their Complaint by amending it to include specific allegations that all the Defendants, with the exception of the Myles Reif Performing Arts Center and David Marty, were acting under the color of State law; (4) to clarify their Complaint by amending it to include specific allegations of Constitutional Rights which were violated by the Defendants who were allegedly acting under the color of State law; (5) to include a request for attorney's fees pursuant to Title 42 U.S.C. §1988; and (6) to include claims for punitive damages, with respect to their claims founded upon Title 28 U.S.C. §1983, against individual defendants Roh Hohman, Jerry Cuffe, Jason Ackerson, Tim Peterson, Joseph Zebro, Bernard Mettler, and Michael Scott.

At the Hearing, the Defendants advised that they did not oppose the Plaintiffs' Motion to Amend, except to the extent that it sought to add punitive damages claims against Roh Hohman, Jerry

---

[1]Prior to the Hearing, the Plaintiffs expressed an interest in joining Darrell Knapper as an individual Defendant. However, at the Hearing, counsel for the Plaintiffs advised that this aspect of their Motion was being withdrawn.

Cuffe, Jason Ackerson, Tim Peterson, Joseph Zebro, Bernard Mettler, and Michael Scott. As such, as we expressed at the Hearing, the Plaintiffs' Motion to Amend is granted, except with regards to the proposed addition of claims for punitive damages.

With respect to the punitive damage claims, we will deny without prejudice, the Motion to Amend, subject to its renewal, if warranted, after the Plaintiffs complete their needed discovery. As we stated, during the course of the Hearing, any further Motion to Amend, so as to allege a claim for punitive damages, should be filed so that it may be heard by no later than May 1, 2000. After the completion of required discovery, the Plaintiffs will be in a far better position to satisfy the exacting requirements of Rule 11, Federal Rules of Civil Procedure, with respect to the proper pleading of cognizable causes of action.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiffs' Motion to Amend the Complaint [Docket No. 17] is GRANTED in part, as outlined in the text of this Minute Order.

2. That the Plaintiffs are granted leave until **May 1, 2001**, to serve and file a renewed Motion to Amend their Complaint so as to allege a claim of punitive damages against some, or all of the individual Defendants, under Title 42 U.S.C. §1983.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE