UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Nikki Miskovich and
Robert Zuehlke, Jr.,

Plaintiffs,

v.

Independent School District 318,
Itasca County, Minnesota,
St. Louis County, Minnesota,
City of Grand Rapids, Minnesota,
Myles Reif Performing Arts Center,
David Marty, Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson, Joseph Zebro,
Bernard Mettler, Michael Scott,
and Randall Lehman,

Defendants.

Civ. No: 00-1944 (DWF/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST INDEPENDENT SCHOOL DISTRICT NO. 318 AND ITASCA COUNTY AND ORDER FOR JUDGMENT OF DISMISSAL**

---

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the claims of the Plaintiffs against Defendants Independent School District No. 318 and Itasca County may be and are hereby dismissed on their merits, with prejudice but without costs or disbursements or attorneys' fees to any of the parties hereto.

**UNDEM LAW OFFICE**

By: [signature]

John D. Undem
Atty. Reg. No. 162152
521 North Pokegama Avenue
P.O. Box 428
Grand Rapids, MN 55744
(218) 326-0321

ATTORNEYS FOR PLAINTIFFS
NIKKI MISKOVICH AND
ROBERT ZUEHLKE, JR.

Dated: 3/19/01

**RATWIK, ROSZAK & MALONEY, P.A.**

By: [signature]

~~Scott T. Anderson~~ Ann Goering
Atty. Reg. No. ~~157405~~ 210699
300 Peavey Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060

ATTORNEYS FOR DEFENDANT
ITASCA COUNTY

Dated: 4/6/01

APR 17 2001
FILED
FRANCIS E. DOSAL, CLERK
APR 17 2001
JUDGMENT ENTD
DEPUTY CLERK

**QUINLIVAN & HUGHES, P.A.**

By: [signature]

Michael T. Feichtinger
Atty. Reg. No. 136323
400 South 1st Street, Suite 600
P.O. Box 1008
St. Cloud, MN 56302
(320) 251-1414

ATTORNEYS FOR DEFENDANTS INDEPENDENT SCHOOL DISTRICT NO. 318, MYLES REIF PERFORMING ARTS CENTER AND DAVID MARTY

Dated: 3-30-01

**ST. LOUIS COUNTY**

By: [signature]

Shaun R. Floerke
Atty. Reg. No. 228606
100 N. 5th Ave. W., #501
Duluth, MN 55802-1298
(218) 726-2323

ATTORNEYS FOR DEFENDANT ST. LOUIS COUNTY, RON HOHMAN, JERRY CUFFE, JASON ACKERSON, TIM PETERSON, JOSEPH ZEBRO, BERNARD METTLER, MICHAEL SCOTT, AND RANDALL LEHMAN

Dated: 4/11/1

~~**ERSTAD & RIEMER, P.A.**~~ IVERSON REUVERS, LLC.

By: [signature]

Jon K. Iverson
Atty. Reg. No. 146389
~~1000 Northland Plaza~~ 230 Townline Plaza
~~3800 W. 80th Street~~ 8585 West 78th St.
~~Minneapolis, MN 55431~~ Bloomington, MN 55438
~~(952) 896-3700~~ (952) 548-7210

ATTORNEYS FOR CITY OF GRAND RAPIDS

Dated: 4/9/01

RRM: 18086/STA/cmp

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that pursuant to Rule 54(b), the Court finding no just reason for delay, that judgment shall be entered dismissing the complaint of plaintiffs against Defendants Itasca County and Independent School District No. 318 on its merits, with prejudice, and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 4-17-2001

BY THE COURT:

Donovan W. Frank
Judge of District Court