AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of Minnesota

Nikki Miskovich and Robert Zuehlke, Jr.,

Plaintiff s

V.

St. Louis County, City of Grand Rapids, et al

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-1944 (DWF/RLE)

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiffs | | 6/4/01 |
| City of Grand Rapids (Defendant) | | 6/8/01 |
| David Marty & Reif Center (Defendants) | | 6-15-01 |
| St. Louis Co., et al (Defendants) | | 6/27/1 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Honorable Raymond L. Erickson, United States Magistrate Judge, to conduct all proceedings and order ~~the entry~~ of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

7/6/01
Date

United States District Judge

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PURSUANT TO ORDER OF REFERENCE FILED ON July 6, 2001
in
Nikki Miskovich, et al vs. St. Louis County, et al

This case is now assigned to Magistrate Judge Raymond L. Erickson.

CASE NUMBER 00-1944 RLE

Use this case number for all further filings.