UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nikki Miskovich and
Robert Zuehlke, Jr.,

Case No: 00-CV-1944 DWF/RLE

Plaintiffs,

vs.

**ORDER EXTENDING DISCOVERY DEADLINE**

Independent School District 318,
Itasca County, Minnesota,
St. Louis County, Minnesota,
City of Grand Rapids, Minnesota,
Myles Reif Performing Arts Center,
David Marty, Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson, Joseph Zebro,
Bernard Mettler, Michael Scott,
and Randall Lehman,

Defendants.

---

Based upon the parties' Stipulation to Extend Discovery Deadline, and good cause having been shown, the parties' informal motion to extend discovery deadline is hereby GRANTED, and all deadlines contained in the Scheduling Order shall be extended by 60 days.

BY THE COURT:

Raymond L. Erickson

Honorable Raymond L. Erickson
U.S. Magistrate Judge

Dated at Duluth, Minnesota,
this 16th day of July, 2001.

40

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK