UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nikki Miskovich and
Robert Zuehlke, Jr.,

Case No: 00-CV-1944 RLE

Plaintiffs,

vs.

**ORDER**

Independent School District 318,
Itasca County, Minnesota,
St. Louis County, Minnesota,
City of Grand Rapids, Minnesota,
Myles Reif Performing Arts Center,
David Marty, Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson, Joseph Zebro,
Bernard Mettler, Michael Scott,
and Randall Lehman,

Defendants.

---

Ellen Schafroth and
Beverly Wilson and David Wilson,

Case No: 01-CV-824 RLE

Plaintiffs,

vs.

City of Grand Rapids,

Defendant,

and

St. Louis County, Minnesota,
and Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson,
Joseph Zebro, Bernard Mettler,
Michael Scott, and Randall Lehman,

Defendants and
Third-Party Plaintiffs,

vs.

Myles Reif Performing Arts Center,
and David Marty,

Third-Party Defendants.

(42)

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' informal motion to consolidate the above matters is **GRANTED**.

2. The above matters are hereby consolidated for the purposes of discovery and all pretrial motions, including dispositive motions. The issue of a consolidated trial will be reserved by the parties and the Court.

BY THE COURT:

Dated: OCT 18 2001

Raymond L. Erickson

Honorable Raymond L. Erickson
U.S. Magistrate Judge