UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

CERTIFICATE OF READINESS FOR TRIAL

* * * * * * * * * * * * * * * * * *

Nikki Miskovich and Robert Zuehlke, Jr.,

Plaintiffs,

vs.

Independent School District 318; Itasca County, Minnesota; St. Louis County, Minnesota; City of Grand Rapids, Minnesota; Myles Reif Performing Arts Center; David Marty; Ron Hohman; Jerry Cuffe; Jason Akerson; Tim Peterson; Joseph Zebro; Bernard Mettler; Michael Scott; and Randall Lehman,

Defendants. Civ. No. 00-1944 (RLE)

* * * * * * * * * * * * * * * * * * *

Ellen Schafroth; Beverly Wilson and David Wilson,

Plaintiffs,

vs.

City of Grand Rapids,

Defendant,

and

St. Louis County, Minnesota; Ron Hohman; Jerry Cuffe; Jason Akerson; Tim Peterson; Joseph

FILED SEP 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Zebro; Bernard Mettler; Michael
Scott; and Randall Lehman,

Defendants and
Third-Party
Plaintiffs,

vs.

Myles Reif Performing Arts Center,
and David Marty,

Third-Party
Defendants.

Civ. No. 01-824 (RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: September 18th, 2002
At Duluth, Minnesota