UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Nikki Miskovich and Robert Zuehlke, Jr.,

Plaintiffs,

vs.

SETTLEMENT CONFERENCE ORDER

Independent School District 318, Itasca County, Minnesota, St. Louis County, Minnesota, and City of Grand Rapids, Minnesota,

Defendants.

Civ. No. 00-1944 (RLE)

* * * * * * * * * * * * * * * * * *

Ellen Schafroth; Beverly Wilson and David Wilson,

Plaintiffs,

vs.

City of Grand Rapids,

Defendant,

and

St. Louis County, Minnesota; Ron Hohman; Jerry Cuffe; Jason Akerson; Tim Peterson; Joseph Zebro; Bernard Mettler; Michael Scott; and Randall Lehman,

Defendants and Third-Party Plaintiffs,

vs.

(78)

FILED OCT 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Myles Reif Performing Arts Center
and David Marty,

Third-Party Defendants. Civ. No. 01-824(RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of September, 2002.

* * *

The Settlement Conferences in the above-entitled matters are set for **Friday, March 7, 2003, at 10:00 o'clock a.m.,** before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First Street, Duluth, Minnesota, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared**

**to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE