UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ORDER OF DISMISSAL

* * * * * * * * * * * * * * * * *

Nikki Miskovich and Robert Zuehlke, Jr.,

Plaintiffs,

vs. Civ. No. 00-1944(RLE)

Independent School District 318, Itasca County, Minnesota, St. Louis County, Minnesota, and City of Grand Rapids, Minnesota,

Defendants.

* * * * * * * * * * * * * * * * *

Ellen Schafroth, Beverly Wilson and David Wilson,

Plaintiffs,

vs.

City of Grand Rapids,

Defendant,

and

St. Louis County, Minnesota; Ron Hohman; Jerry Cuffe; Jason Askerson; Tim Peterson; Joseph Zebro; Bernard Mettler; Michael Scott; and Randall Lehman,

Defendants and Third-Party Plaintiffs,

80

FILED APR 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

vs. Civ. No. 01-824(RLE)

Myles Reif Performing Arts Center
and David Marty,

Third-Party Defendants.

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That these actions are hereby dismissed, with prejudice, the Court reserving jurisdiction for 30 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

DATED: April 21, 2003
At Duluth, Minnesota