ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nikki Miskovich and
Robert Zuehlke, Jr.,

Civ. No. 00-1944 (RLE)

Plaintiffs,

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Independent School District 318,
Itasca County, Minnesota,
St. Louis County, Minnesota, and
City of Grand Rapids, Minnesota,
Myles Reif Performing Arts Center,
David Marty, Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson, Joseph Zebro,
Bernard Mettler, Michael Scott,
and Randall Lehman,

Defendants.

---

Ellen Schafroth and
Beverly Wilson and David Wilson,

Civ. No. 01-824 (RLE)

Plaintiffs,

vs.

St. Louis County, Minnesota, and
Ron Hohman, Jerry Cuffe,
Jason Ackerson, Tim Peterson,
Joseph Zebro, Bernard Mettler,
Michael Scott, Randall Lehman
and City of Grand Rapids, Minnesota,

Defendants.

---

The undersigned attorneys hereby advise the Court that all of plaintiffs' claims against the St. Louis County, all of its respective agents and employees, including but not limited to, Ron

APR
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Hohman, Jerry Cuffe, Tim Peterson, Joseph Zebro, Bernard Mettler and Michael Scott, individually and in their official capacity, and the City of Grand Rapids, all of their respective agents and employees, individually and officially, have been compromised and settled.

Plaintiffs Nikki Miskovich, Robert Zuehlke, Jr., Ellen Schafroth, Beverly Wilson and David Wilson, affirmatively consent to this dismissal on the terms set forth in a separate Release of All Claims. Plaintiffs acknowledge they have been fully advised of the merits of this matter by their attorneys and requests the Court to sign the attached Order. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, plaintiffs' claims against the St. Louis County, all of its respective agents and employees, including but not limited to, Ron Hohman, Jerry Cuffe, Tim Peterson, Joseph Zebro, Bernard Mettler and Michael Scott, individually and in their official capacity, and the City of Grand Rapids, all of their respective agents and employees, individually and officially, may be, and hereby are, dismissed on their merits and with prejudice but without costs or attorney's fees to any party, whether under 42 U.S.C. §1988, Minn. Stat. §549.21 or otherwise.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiffs' claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

UNDEM LAW OFFICE

Dated: 4/24/03

By ______________________
John D. Undem
Attorneys for Plaintiffs
521 North Pokegama Avenue
P.O. Box 428
Grand Rapids, MN 55744
(218) 326-0321

Dated: ____________

IVERSON REUVERS, LLC

By: ____________

Jon K Iverson, #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for Defendant City of Grand Rapids
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Dated: 3/25 ____________

ST. LOUIS COUNTY

By: ____________

Shaun R. Floerke, #228606
Assistant County Attorney
100 N. 5th Avenue West
Duluth, MN 55802
(218) 726-2323

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED, that the above-entitled action against St. Louis County, all of its respective agents and employees, including, but not limited to, Ron Hohman, Jerry Cuffe, Tim Peterson, Joseph Zebro, Bernard Mettler, and Mike Scott, individually, and in their official capacities, and the City of Grand Rapids, be, and the same hereby are, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 30th day of April, 2003.

BY THE COURT:

Raymond L. Erickson

Magistrate Raymond L. Erickson

# UNITED STATES DISTRICT COURT
## District of Minnesota

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

417 Federal Building
515 West First Street
Duluth, MN 55802

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.